IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No. 14-cv-134-wmc

ESTATE OF CHARLES E. FECTEAU, et al.,

        Defendants.

**ENTRY OF DEFAULT**

Plaintiff United States of America requests that the Clerk of Court enter default, pursuant to Fed. R. Civ. P. 55(a), against the following Defendants:

    Estate of Charles E. Fecteau
    Estate of June M. Fecteau
    Barry Fecteau

It appearing from the record that said Defendants have failed to appear, plead, or otherwise defend, the default against said Defendants is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this ___11th___ day of July, 2014.

                                                  s/L. Kamke, Deputy Clerk
                                                PETER OPPENEER
                                                Clerk of Court
                                                United States District Court
                                                Western District of Wisconsin